IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-03171-WYD-MEH

MALIBU MEDIA, LLC,

   Plaintiff,

v.

GRIGORY ORISHKO,

   Defendant.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the Parties' Stipulation of Dismissal With Prejudice filed February 26, 2014.  The Court, having reviewed the Stipulation and being fully advised in the premises, hereby

ORDERS that the Stipulation of Dismissal With Prejudice (ECF No. 43) is **APPROVED**, and all of Plaintiff's and Defendant Grigory Orishko's claims against each other in this matter are **DISMISSED WITH PREJUDICE.**  It is

FURTHER ORDERED that each party shall bear its own attorneys' fees and costs.

Dated:  February 26, 2015.

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE